UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:   Consolidated
PHARMACY CORPORATION OF AMERICA/   :   C.A. No. 16-1123 RGA
ASKARI CONSOLIDATED LITIGATION   :
:   THIS DOCUMENT RELATES TO
---------------------------------------------------------------x   C.A. No. 17-870 RGA

**DECLARATION OF JEREMY M. STERNBERG IN SUPPORT OF
THE INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Jeremy M. Sternberg declares as follows:

1. I am a partner at the law firm Holland & Knight LLP, the attorneys for defendants Pharmacy Corporation of America ("PCA"), Greg Weishar, Paul Jardina, and David Froesel (collectively, the "Individual Defendants" and, with PCA, the "PCA Litigants") in Civ. A. No. 1:17-cv-00870-RGA, I make this declaration based on my personal knowledge, including my review of pertinent court records.

2. Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts from the transcript of the October 29, 2019 deposition of Kaveh Askari.

3. Attached hereto as Exhibit 2 is a true and correct copy of an Amended and Restated Limited Liability Company Operating Agreement, dated December 6, 2013, as produced in this action.

4. Attached hereto as Exhibit 3 is a true and correct copy of an Membership Interest Purchase Agreement, dated October 10, 2013, as produced in this action.

5. Attached hereto as Exhibit 4 is a true and correct copy of a Loan Agreement, dated December 6, 2013, as produced in this litigation.

11415666/1

2

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of a First Amendment to the Loan Agreement, dated June 5, 2015, as produced in this litigation.

7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of a Second Amendment to the Loan Agreement, dated October 4, 2016, as produced in this litigation.

8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of relevant excerpts from the transcript of the October 25, 2019 deposition of Paul Jardina.

9. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of relevant excerpts from the transcript of the October 24, 2019 deposition of Gregory Weishar.

10. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of the expert report of Richard A. Mortimer, Ph.D., dated November 18, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: December 10, 2019

*/s/Jeremy Sternberg*
Jeremy M. Sternberg